# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ENRIQUE MARTINEZ, | : |
| Petitioner, | : |
| vs. | : 5:01CR53 (DF) |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## O R D E R

This order is in reference to the Report and Recommendation that United States Magistrate Judge G. Mallon Faircloth filed in this case on April 26, 2005.  The report recommended that the Court deny Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The Court has reviewed and carefully considered Petitioner's objections to the Magistrate Judge's Recommendation, but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Petitioner's Motion to Vacate, Set Aside or Correct his Sentence is **DENIED**.

SO ORDERED, this 3rd day of June, 2005.

                                              s/ **Duross Fitzpatrick**
                                              DUROSS FITZPATRICK, JUDGE
                                              UNITED STATES DISTRICT COURT

DF/has